UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE R. ZAIZA,<br><br>        Plaintiff,<br><br>   v.<br><br>D. TAMPLEN, et al.,<br><br>        Defendants. | No.  2:15-cv-0447-KJM-EFB P<br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He requests a second extension of time to comply with the court's May 19, 2016 order by filing an amended complaint or returning the documents required for the U.S. Marshal to effect service of process of his original complaint.

    Plaintiff's request (ECF No. 12) is granted and plaintiff has 60 days from the date this order is served to comply with the May 19, 2016 order.

    So ordered.

Dated:  July 28, 2016.

                                      EDMUND F. BRENNAN<br>                                    UNITED STATES MAGISTRATE JUDGE