UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE R. ZAIZA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. TAMPLEN, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-0447-KJM-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has filed a document entitled "Motion to Compel Discovery Order Directing the United States Marshal to Serve." *See* ECF No. 27 (requesting that the California Department of Corrections and Rehabilitation assist the United States Marshal in locating defendant Gonzales for service of process). Plaintiff must, however, serve his request for discovery on defense counsel rather than filing it with the court.[1] *See* E.D. Cal. Local Rules 250.2-250.4. If the response provided to plaintiff is insufficient, plaintiff may then file a motion to compel with the court.[2] Until then, plaintiff's motion to compel is premature.

/////

---

[1] Pursuant to the court's discovery and scheduling order (ECF No. 25), written requests for discovery must be served no later than July 13, 2018.

[2] Motions to compel must be filed no later than September 14, 2018. ECF No. 25.

1

Accordingly, it is HEREBY ORDERED that plaintiff's "Motion to Compel" (ECF No. 27) is denied without prejudice.

DATED: June 13, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE