UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE R. ZAIZA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. TAMPLEN, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-0447-KJM-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Defendants move to modify the discovery and scheduling order. ECF No. 34. Good cause appearing, the motion is granted. Accordingly, IT IS HEREBY ORDERED that the discovery and scheduling order (ECF No. 25) is modified as follows:

1. The discovery deadline is extended to October 18, 2018, for the sole purpose of allowing defendants to take plaintiff's deposition.
2. Dispositive motions shall be filed on or before December 17, 2018.

DATED: September 17, 2018.

　　　　　　　　　　　　　　　　　　／s／ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE