# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

JOSE R. ZAIZA,  　　　　　　　　　　　No. 2:15-cv-00447-KJM-JDP (PC)

    Plaintiff,

v.

C. GONZALEZ, *et al.*,

                        **ORDER & WRIT OF HABEAS CORPUS**
    Defendants.        **AD TESTIFICANDUM**

Jose Zaiza, CDCR # G-23177, a necessary party for an evidentiary hearing set in this case on February 1, 2021, is confined in California State Prison, Corcoran, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Jeremy D. Peterson, by Zoom video conference from his place of confinement, on Monday, February 1, 2021 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in an evidentiary hearing at the time and place above, until completion of the hearing or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at California State Prison, Corcoran via fax or email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Nic Cannarozzi, Courtroom Deputy, at ncannarozzi@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CSP, Corcoran, P.O. Box 3472, Corcoran, California 93212:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Peterson at the time and place above, by Zoom video conference, until completion of the evidentiary hearing or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:    January 22, 2021                                                             
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE