# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE R. ZAIZA,<br><br>       Plaintiff,<br><br>   v<br><br>C. GONZALEZ, et al.,<br><br>       Defendants. | Case No.  2:15-cv-00447-KJM-JDP (PC)<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>THIRTY DAY DEADLINE |

This action was filed on February 26, 2015.  On March 19, 2021, this Court conducted a settlement conference.  During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Dispositional documents shall be filed within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **March 19, 2021**

UNITED STATES MAGISTRATE JUDGE